IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:15-CV-3556-M |
| ALFREDO VILLANUEVA, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *United States of America's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56*, filed October 4, 2016 (doc. 21) is **GRANTED**.

**SIGNED** this 26th day of April, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE